James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellant, v. Billy Bernard BLEDSOE, Appellee.

No. 10963.

Circuit Court of Appeals, Ninth Circuit.

Jan. 11, 1945.

Dismissing appeal, D.C., 58 F.Supp. 129.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Morris M. Grupp, of San Francisco, Cal., for appellee.

Before GARRECHT, STEPHENS and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of Mr. Frank J. Hennessy, United States Attorney, and Joseph Karesh, Assistant United States Attorney, counsel for appellant, and of Mr. Morris M. Grupp, counsel for appellee, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

H. C. JONES, Individually and as Collector of Internal Revenue, v. Fred PFEIFFER.

No. 3118.

Circuit Court of Appeals, Tenth Circuit.

Feb. 5, 1945.

Dismissing appeal, D.C., 57 F.Supp. 621.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Merle G. Smith, of Guthrie, Okl., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed per stipulation.

Albert KITZMILLER, Appellant, v. M. J. PESCOR, Warden, U. S. Medical Center, Springfield, Missouri.

No. 13012.

Circuit Court of Appeals, Eighth Circuit.

Dec. 7, 1944.

Albert Kitzmiller, pro se.

PER CURIAM.

Motion of appellant to appeal in forma pauperis from judgment of United States District Court, Western District of Missouri, dismissing petition for habeas corpus, denied.